WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-13-00129-PHX-JAT |
| Plaintiff, | **ORDER OF DETENTION** |
| v. | |
| Karrieann Helen Oliver, | |
| Defendant. | |

A detention hearing on the Petition to Revoke Supervised Release was held on August 25, 2015.

The Court Finds that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 28th day of August, 2015.

Honorable John Z. Boyle
United States Magistrate Judge